IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DAVID GONZALEZ FERRER [8], <br><br> Defendant. | CRIMINAL NO. 15-612 (PAD) |

ORDER

The court has evaluated the Report and Recommendation made by U.S. Magistrate Judge Camille L. Vélez-Rivé regarding the Rule 11 proceeding of defendant, David González Ferrer (Docket No. 97), to which no objections have been filed.  The court finds the plea entered by the defendant was knowingly, voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty.  The plea is therefore accepted and the defendant is adjudged guilty as to Count One and Ten of the Indictment.

The court notes that a Presentence Investigation Report was ordered (Docket No. 96).  The parties shall file their sentencing memoranda not later than August 23, 2016.  The Sentencing Hearing is set for September 2, 2016 at 9:30 a.m. in Courtroom 3.

**SO ORDERED.**

In San Juan, Puerto Rico, this 2nd day of May, 2016.

S/Pedro A. Delgado-Hernández
PEDRO A. DELGADO HERNANDEZ
United States District Judge